# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AMANDA LEE VARON,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES, *et al.*,<br><br>　　　　　　　　　Defendants. | 3:23-cv-00537-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 13 |

Before the court is Plaintiff's Motion for Extension to File Amended Complaint. (ECF No. 13.)

Good cause appearing, Plaintiff's Motion for Extension to File Amended Complaint (ECF No. 13) is **GRANTED** to the extent that Plaintiff shall have to and including **Monday, June 17, 2024**, in which to file an amended complaint.

**IT IS SO ORDERED.**

DATED:  April 16, 2024.

_____
UNITED STATES MAGISTRATE JUDGE