AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

AMANDA LEE VARON,

                                         **JUDGMENT**

          Plaintiff,

v.                            Case Number:   3:23-cv-00537-MMD-CSD

STATE OF NEVADA,
DEPARTMENT OF HEALTH & HUMAN SERVICES,
DIVISION OF CHILD & FAMILY SERVICES, et al.

          Defendant.

___  **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___  **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**  **Decision by Court.**  This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed without prejudice based on Plaintiff's failure to file an amended complaint in compliance with this Court's order.
    **IT IS FURTHER ORDERED** that judgment is hereby entered accordingly and this case is closed.



CLERK OF COURT

Date: June 26, 2024 _____

_____
Signature of Clerk or Deputy Clerk